**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6943**

_____

CHRISTOPHER R. RUTLEDGE,

        Plaintiff - Appellant,

     v.

SHANNON RUTLEDGE-CHAMBERS, Non-profit grant writer, sued in individual capacity; STEPHANIE WILKERSON YODER, Mental Health Nurse, sued in individual capacity; DUKE UNIVERSITY, sued individual capacity; SCHOOL OF MEDICINE; MED CENTER; IMAGINE ONE; 7 OAKS HOLDING; GLAZE CONSTRUCTION; WAKE FOREST UNIVERSITY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, Senior District Judge.  (1:24-cv-00675-LCB-LPA)

_____

Submitted:  March 27, 2025                      Decided:  March 31, 2025

_____

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher R. Rutledge, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher R. Rutledge appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil rights action, filed pursuant to 42 U.S.C. § 1983, under 28 U.S.C. §§ 1915A, 1915(e)(2).  We have reviewed the record, concur that the allegations are frivolous, and find no reversible error. Accordingly, we affirm the district court's order.  *Rutledge v. Rutledge-Chambers*, No. 1:24-cv-00675-LCB-LPA (M.D.N.C. Sept. 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*